UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BERNARD A. FISH, SR. #948620,

        Petitioner,

v.

        Case No. 2:18-CV-2

        HON. GORDON J. QUIST

THOMAS WINN,

        Petitioner.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 4, 2019, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's motion to dismiss (ECF No. 14), which the magistrate judge construed as a motion to dismiss Respondent's response and grant Petitioner's habeas petition. Petitioner has filed an objection to the R & R, in which he states, "[t]o clear up any doubt, this court is right Fish does not want his motion to dismiss his case heard by this court." (ECF No. 19 at PageID.2476.) Fish's objection is not entirely clear as to whether he takes issue with the R & R, but regardless, Fish fails to show any basis for rejecting the R & R. Therefore the Court will adopt the R & R.

Therefore,

**IT IS HEREBY ORDERED** that the February 4, 2019, Report and Recommendation (ECF No. 18) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Objection (ECF No. 19) is **OVERRULED** and his Motion to Dismiss (ECF No. 14) is **DENIED**.

Dated: February 20, 2019                                                /s/ Gordon J. Quist
                                                                                              GORDON J. QUIST
                                                                        UNITED STATES DISTRICT JUDGE