UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BERNARD A. FISH, SR.,

    Petitioner,

v.                                                                  Case No. 2:18-CV-2

THOMAS WINN,                                HON. GORDON J. QUIST

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 24, 2020, U.S. Magistrate Judge Phillip J. Green issued a Report and Recommendation (R. & R.), recommending that the Court deny Petitioner's habeas corpus petition and his request to amend the petition and for an evidentiary hearing. (ECF No. 32.) Judge Green further recommended that the Court deny a certificate of appealability and that the Court not certify that an appeal would not be taken in good faith.  The Court has reviewed the R. & R.  The R. & R. was duly served on Petitioner on August 24, 2020.   No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore, the Court will adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the August 24, 2020, Report and Recommendation (ECF No. 32) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability.

A separate judgment will enter.

This case is **concluded**.

Dated: September 28, 2020                             /s/ Gordon J. Quist
                                                                              GORDON J. QUIST
                                                                     UNITED STATES DISTRICT JUDGE